Filing # 187095846 E-Filed 11/30/2023 02:14:17 PM

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION**

**PAULA DITTMAR,**

**Plaintiff,**

**vs.** **Case No. 05-2023-CA-026287**

**TARGET CORP.,**

**Defendant.**

______________________________/

# AMENDED SLIP & FALL NEGLIGENCE COMPLAINT

Plaintiff, PAULA DITTMAR (hereinafter "Plaintiff"), by and through her undersigned attorney, sues Defendant, TARGET CORP. (hereinafter "Defendant"), and alleges:

1. This is an action for damages exceeding fifty thousand dollars ($50,000.00) exclusive of costs, interest, and attorneys' fees, over which this Court has jurisdiction.
2. Plaintiff, PAULA DITTMAR, is an individual and a resident of Brevard County.
3. Defendant, TARGET CORP., is a foreign corporation registered in the State of Florida and doing business in Brevard County. Defendant maintains and operates corporate stores throughout Florida and the United States.
4. Venue is proper in Brevard County, Florida, as the Plaintiff's slip and fall that is the subject of this litigation occurred in Defendant's store parking lot in Brevard County.
5. On June 16, 2022, Plaintiff was legally on Defendant's premises located at 8455 N. Wickham Rd., Melbourne, Florida, which is used as a "Super Target" shopping center.
6. As Plaintiff was walking along a sidewalk in the parking lot, Plaintiff slipped/tripped and fell onto the concrete sidewalk. The slip and fall caused severe permanent injuries to Plaintiff's head, face, mouth, arms, and knees. Plaintiff also sustained neck and back injuries.

7. Plaintiff sustained her injuries because of a concealed crack in the broken sidewalk on Defendants' premises and within the parking lot area.

8. Defendants negligently maintained the premises when it knowingly allowed the broken sidewalk to remain in a high traffic area where customers could slip or trip and fall.

9. Defendants negligently failed to warn Plaintiff of the dangerous condition when it knew, or in the exercise of reasonable care should have known, that such conditions existed or likely would exist.

10. As a direct and proximate result of Defendants' negligence, Plaintiff slipped and fell and sustained serious injuries as described above. Further, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and/or loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, PAULA DITTMAR, demands judgment against Defendants, TARGET CORP., for damages, costs, and interest, plus such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fla. R. Civ. P. 1.430(b), Plaintiffs herein demand trial by jury on all issues so triable.

By: /s/ Jason A. Brazelton
JASON A. BRAZELTON, ESQ.
FBN 27527
146 2ND St. N., Suite 310
St. Petersburg, FL 33701
Jason@brazlaw.com
Attorney for Plaintiff